DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**JOAN HERRING,**
Appellant,

v.

**CHRISTOPHER RINALDI, RALPH RINALDI** and
**MERCURY INSURANCE COMPANY OF FLORIDA,**
Appellees.

No. 4D12-3358

[July 9, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502010CA019977XXXMB.

Edmund Gonzalez of Gonzalez & Henley P.L., West Palm Beach, for appellant.

Neal Rose of Bernstein, Chackman, Liss and Rose, Hollywood, for appellee, Ralph Rinaldi.

### *On Confession of Error*

PER CURIAM.

The appellee concedes that this case should be reversed and remanded based on the Florida Supreme Court's opinion in *Christensen v. Bowen*, 39 Fla. L. Weekly S214 (Fla. Apr. 10, 2014).

*Reversed and remanded.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***